# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 08-5021-CR-SW-GAF |
| | ) | |
| CHRISTOPHER CLUTTER, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Now pending before the Court is Defendant's Motion to Suppress Statements and a Motion to Suppress Evidence (Docs. #34 and #45). On April 2, 2010, United States Magistrate Judge James C. England conducted an evidentiary hearing on the motions to suppress.

On May 17, 2010, United States Magistrate Judge James C. England issued his Report and Recommendation (Doc. #60). On June 3, 2010, Defendant's Objections to the Report and Recommendation of United States Magistrate (Doc. #61) were filed.

Upon careful and independent review of the pending motions, defendant's objections to the Magistrate's Report and Recommendation, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge James C. England.

Accordingly, it is hereby ORDERED that Defendant's Motion to Suppress Statements (Doc. #34) and Defendant's Motion to Suppress Evidence (Doc. #45) are OVERRULED and DENIED.

SO ORDERED.

                                                                            s/ Gary A. Fenner  
                                                                            Gary A. Fenner, Judge  
                                                                            United States District Court

DATED: June 7, 2010