**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08-05021-01-CR-SW-GAF |
| | ) | |
| CHRISTOPHER CLUTTER, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

The United States Magistrate Judge has filed a Report and Recommendation that the defendant be declared competent to stand trial. No objections have been filed. It is therefore

ORDERED that the defendant be declared competent to stand trial.

s/ Gary A. Fenner<br>
Gary A. Fenner, Judge<br>
United States District Court

DATED: October 22, 2010